IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICE DOSSO<br><br>*Plaintiff,*<br><br>Vs.<br><br>THE UNITED STATES POSTAL SERVICE;<br><br><br>*Defendant.* | Civil Action No.: CCB-10-1703<br><br><br>____ FILED    ____ ENTERED<br>____ LOGGED  ____ RECEIVED<br><br>JUL 15 2010<br><br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## MOTION FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANT EXTENSION OF TIME AND REQUEST FOR DEFAULT JUDGMENT

Plaintiff MAURICE DOSSO in the above-captioned action now respectfully moves this honorable court for an order rescinding the previous order extending time for defendant to answer the complaint and/or entering Default Judgment against defendant for failure to act within the time allowed by statute and in support thereof states the following:

1. Plaintiff mailed a package using the United States Postal Service on August 03, 2009. The package was insured against theft, loss or damage and registered under Custom Form No. CP090277320US. The package never arrived and plaintiff filed a claim with defendant. Defendant initially requested a 60-day time to investigate and find out what happened to the package. Then they asked plaintiff to wait another 30 days for additional

investigation. After that defendant alleged needing 30 days to process and pay the claim. And they have since given deadlines after deadlines, with no end in sight. Attached hereto as Exhibit A is a true copy of the package shipping receipt given to plaintiff by defendant on August 03, 2009.

    2. Tired of waiting and out of frustration, plaintiff filed a civil action against defendant in the Maryland District Court for Washington County for Bad Faith Insurance Claim on April 09, 2010, more than eight (8) months after the package was shipped by plaintiff and lost by defendant. By their own admission (see Paragraph 1 of defendant's *Motion for Extension of Time* on file with the court), the United States Attorney's Office received a copy of the Complaint on or about April 24, 2010. Under Maryland statutes, defendant had 60 days, thus until June 24, 2010 to respond or take other action in response to the Complaint. Without ever responding, on June 24, 2010, defendant removed the state action to this honorable court and an answer was due within seven (7) thereof or by July 1st, 2010, pursuant to Federal Rule of Civil Procedure 81(C)(2)(C). Still defendant did not respond to the Complaint or take other action by July 1, 2010.

    3. Any defendant's request for extension of time to respond to the complaint or take other responsive action should have been made prior to the deadline of July 1st, 2010, pursuant to Federal Rule of Civil Procedure 6(B)(1), which states:

> **(b) Extending Time.**
>
> (1) In General.
> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> > (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> >
> > (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

2

Thus defendant's request for extension of time to respond should have been made before July 1st, 2010, and if made after July 1st, 2010 and it was, defendant should have shown good cause or other excusable neglect. The defendant's motion for extension of time which was granted on the spot without giving plaintiff an opportunity to respond, did not meet either one of the two criteria of filing before the deadline or pleading excusable neglect after the deadline as required by the Federal Rules of Civil Procedure. Thus this honorable court reconsidering and rescinding its previous order granting extension of time would be just and proper.

4. Moreover, although Plaintiff Maurice Dosso and defense counsel Ms. Melanie L. Glickson had before had a telephone conversation during which plaintiff explained to Ms. Glickson how defendant's conduct was irresponsible, outrageous and abusive, and plaintiff also clearly expressed his frustration to Ms. Glickson, she did not even think to call plaintiff and advise him of her intent to seek extension of time just as a courtesy. This defendant is just abusing its position of power as an agency of the federal government and its conduct is both outrageous and unacceptable. Plaintiff never would have been forced into litigation and the matter would have been resolved a long time ago had this defendant been a private carrier. *Defendant is liable to plaintiff for loosing his insured package and this happened almost a year ago. How long does it take to investigate one lost package before defendant can formulate an answer to the Complaint? How much time and money should a plaintiff be forced to spend before receiving justice in a case like this?* Defendant's conduct is an outrage and this honorable court should therefore issue an order rescinding the previous order granting extension of time. Such an

3

order would be just and proper.

5. Plaintiff hereby alleges that allowing defendant to further drag and stall things in this action will cause him more and additional damages and he may even be forced to hire an attorney. And that would increase substantially more his litigation costs and fees. Plaintiff wants this case quickly litigated and adjudicated without unnecessarily spending more time than is necessary, or raising costs and expenses beyond what they reasonably should be for such a minor case.

**WHEREFORE,** Plaintiff Maurice Dosso prays and respectfully moves this honorable tribunal for an order rescinding the previous order granting extension of time and entering a Default Judgment against defendant The United States Postal Service for failing to respond to the Complaint within the time allowed by law.

**ALTERNATIVELY,** Plaintiff respectfully requests the court issue an order directing the defendant to file a response to the Complaint within seven (7) days of the day the order is issued.

_____
MAURICE DOSSO
In Propria Persona
P.O.Box 633
Funkstown, MD 21734
Tel: (301) 556-8745
Email: MauriceDosso@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that on Wednesday, July 14, 2010, a true and correct copy of the foregoing *Motion for Reconsideration of the Order Granting Defendant Extension of Time And Request for Default Judgment*, was mailed, first-class, postage thereon fully prepaid, to:

The United States Attorney's Office
District of Maryland
Attn: Melanie L. Glickson
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

_____
Maurice Dosso

```
                LANDOVER, Maryland
                    207859998
                  1050050785 -0098
08/03/2009      (301)322-5055      04:56:47 PM

                  Sales Receipt
Product         Sale  Unit           Final
Description     Qty   Price          Price

Cote d'Ivoire (Ivory                $64.50
Coast) - Priority Mail
Int'l
9 lb. 8.2 oz.
  Insurance                         $12.40
    Insurance Amount :   $1,000.00
  Customs Form #: CP090277320US
                                   ========
  Issue PVI:                        $76.90

Cote d'Ivoire (Ivory                $64.50
Coast) - Priority Mail
Int'l
9 lb. 8.4 oz.
  Insurance                         $12.40
    Insurance Amount :   $1,000.00
  Customs Form #: CP090277316US
                                   ========
  Issue PVI:                        $76.90

Total:                             $153.80

Paid by:
MasterCard                         $153.80
  Account #:         XXXXXXXXXXXX9932
  Approval #:        09157Z
  Transaction #:     359
  23 902890805

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202905401
Clerk: 07

    All sales final on stamps and postage
    Refunds for guaranteed services only
          Thank you for your business
*******************************************
*******************************************
               PICK UP A FREE
             RECYCLING ENVELOPE
    Take an envelope to recycle your inkjet
    cartridge, cell phone or small electronics
                 free of charge!
*******************************************
*******************************************


*******************************************
*******************************************
           HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*******************************************
*******************************************


                 Customer Copy
```

*Exhibit A*